# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 557 EAL 2015

             Respondent            :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

           v.                      :

RANDY DIAZ,                   :

             Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.